UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | 2:19-CR-00077-DCLC-CRW |
|   | ) |   |
| v. | ) |   |
|   | ) |   |
| AUSTON D HAEFELE, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

## MEMORANDUM OPINION

This matter is before the Court on Defendant Auston D Haefele's pro se Motion to Reduce Sentence [Doc. 37]. Defendant completed his term of imprisonment and was released on December 23, 2025. Federal Bureau of Prisons, Inmate Locator, *available at* https://www.bop.gov/inmateloc/ (last accessed January 21, 2026). As a result, his pending motion is **DENIED AS MOOT**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

1